FILED
JAMES J. VILT JR,
CLERK
2/18/2025

U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| Vidal Ricardo MURILLO-Zuniga | ) | Case No. 3:25MJ-77 |
| | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about the date(s) of January 22, 2025, in the county of Nelson in the Western District of Kentucky, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C § 1326(a) | Illegal Re-entry after deportation |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet

ERIN R HUFFINES
Digitally signed by ERIN R HUFFINES
Date: 2025.02.14 11:37:55 -05'00'

*Complainant's signature*

Erin Huffines Special Agent

*Printed name and title*

Sworn to before me and signed by telephone.

Date: February 18, 2025

City and State: Louisville, Kentucky

Colin H Lindsay, Magistrate Judge
United States District Court

*JRA (AUSA initials)*